IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLESTER V. FRYSON,

    Petitioner,

v.                                                           4:23cv345–WS/MJF

RICKY D. DIXON,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed June 27, 2024. The magistrate judge recommends that the petitioner's petition (ECF No. 1) for writ of habeas corpus be denied. The petitioner has filed objections (ECF No. 20) to the report and recommendation.

Having reviewed the record in light of Petitioner's objections, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition (ECF No. 1) for writ of habeas corpus is hereby DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __23rd__ day of __September__, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE